UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY H. PIERCE, | ) | Civ. 09-4160-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| STATE OF SOUTH DAKOTA, | ) | |
| MEADE COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Anthony H. Pierce, filed a pro se civil complaint asserting various claims against defendants premised on 42 U.S.C. § 1983. The case was assigned to United States Magistrate Judge John Simko pursuant to 28 U.S.C. § 636(b)(1)(B) for the purpose of conducting any necessary hearings, including evidentiary hearings.

On November 13, 2009, Magistrate Judge Simko submitted his report and recommendation for disposition of the case. Plaintiff was notified in the report and recommendation that he had ten days to file objections to the report. No objections were filed. De novo review is required to any objections that are timely made and specific. See Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990). Even though no objections were timely filed, the court reviewed the matter de novo, and finds that the magistrate judge's report and recommendation will be adopted in full.

Now, therefore it is hereby

ORDERED that the report and recommendation of Magistrate Judge Simko (Docket 8) is accepted in full, and this case is dismissed without prejudice.

Dated December 10, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE